**Roger R. DAWSON and Velma L. Dawson, Appellants,**

v.

**SHENANDOAH RETREAT LAND CORPORATION, etc., Appellee.**

**No. 13946.**

United States Court of Appeals, Fourth Circuit.

March 31, 1970.

Roger R. Dawson, pro se.

Griffin T. Garnett, Jr., Arlington, Va., and Peter J. Kostik, Arlington, Va., on the brief, for appellees.

Before HAYNSWORTH, Chief Judge, and SOBELOFF and BUTZNER, Circuit Judges.

PER CURIAM:

In this appeal we find oral argument unnecessary and affirm the order of the district court dismissing the appellants' complaint for failure to allege any basis for federal jurisdiction. Clearly there is no diversity jurisdiction, and to the extent that the complaint attempts to invoke subject matter jurisdiction, it is insufficient to state a claim on which relief can be granted.

Affirmed.

**UNITED STATES of America, Appellee,**

v.

**Clingman O'DELL and Elisabeth C. O'Dell, Appellants.**

**No. 13776.**

United States Court of Appeals, Fourth Circuit.

Argued Feb. 3, 1970.

Decided March 11, 1970.

Charles D. Gray, III, Gastonia, N. C. (Joseph B. Alala, Jr., Gastonia, N. C., on the brief), for appellants.

Joseph R. Cruciani, Asst. U. S. Atty. (Keith S. Snyder, U. S. Atty., on the brief), for appellee.

Before HAYNSWORTH, Chief Judge, and SOBELOFF and BOREMAN, Circuit Judges.

PER CURIAM:

Upon consideration of the briefs, the record, and the oral argument of counsel, we find no reversible error. The convictions upon charges of tax fraud are affirmed.

Affirmed.